UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>A 2003 HUMMER H2, )<br>VIN: 5GRGN23U23H134314, AND ANY )<br>AND ALL PROCEEDS FROM THE )<br>SALE OF SAID PROPERTY, )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 7:11-CV-102-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court holds that all right, title, and interest in defendant vehicle is hereby FORFEITED to the United States pursuant to 21 U.S.C. § 881(a)(4). The United States Marshal is DIRECTED to dispose of defendant vehicle in accordance with the law.

**This Judgment Filed and Entered on March 14, 2013, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Bjorn Cooper (2168 Duffie Road, Red Springs, NC 28377)

| | |
|---|---|
| DATE<br>March 14, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |