IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-102-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | |
| A 2003 HUMMER H2, | : | **ORDER** |
| VIN: 5GRGN23U23H134314, | : | |
| AND ANY AND ALL PROCEEDS FROM | : | |
| THE SALE OF SAID PROPERTY, | : | |
| Defendant. | : | |

Upon the conclusion of the bench trial in this matter, the Government sought reasonable expenses, including attorney's fees, under Fed. R. Civ. P. 37(c)(1). Finding that the Government's costs are reasonable and allowed by the Rule, the claimant, Bjorn Cooper, is

ORDERED to pay the United States the sum of $3,665.53. The Clerk of Court is DIRECTED to amend the judgment entered by the Court to include a judgment for such amount.

SO ORDERED this 16 day of April, 2013.

TERRENCE W. BOYLE
United States District Court Judge

1