UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:11-CV-102-BO |
| ) | |
| A 2003 HUMMER H2, ) | |
| VIN: 5GRGN23U23H134314, AND ANY ) | |
| AND ALL PROCEEDS FROM THE ) | |
| SALE OF SAID PROPERTY, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court holds that all right, title, and interest in defendant vehicle is hereby FORFEITED to the United States pursuant to 21 U.S.C. § 881(a)(4). The United States Marshal is DIRECTED to dispose of defendant vehicle in accordance with the law.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon conclusion of the bench trial in this matter, the Government sought reasonable expenses, including attorney's fees, under Fed.R.Civ.P. 37(c)(1). Finding that the Government's costs are reasonable and allowed by the rule, Bjorn Cooper is ORDERED to pay the United States the sum of $3,665.53.

**This Judgment Filed and Entered on April 17, 2013, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Bjorn Cooper (2168 Duffie Road, Red Springs, NC 28377)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| April 17, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |